# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:14- mj-194-DSC |
| | ) | |
| v. | ) | |
| | ) | |
| **TAMARQUIS ASHANTI PHILLIPS** | ) | **ORDER** |
| | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Tamarquis Ashanti Phillips in the Criminal Complaint in the above-captioned case without prejudice. The Defendant consents to that Motion.

IT IS HEREBY ORDERED that the Motion be GRANTED and that the charges against Defendant Tamarquis Ashanti Phillips in the above-captioned Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: November 20, 2014

David S. Cayer
United States Magistrate Judge